# EXHIBIT A

```
                555 W. Madison St.
                  312-277-0500
                  Copy of Receipt

1   Pepsi                              $1.95
1   Sierra Mist                        $1.95
1   BBQ Whiskey Burger                 $7.99
1   California Chicken Sandwich        $8.99
1   Ranch Chicken Sandwich             $7.99

Subtotal:                             $28.87
Sales Tax:                             $2.96
Total:                                $31.83
Visa:                                 $31.83
You Pay:      $31.83


Gratuity: _____

GrandTotal: _____


Account No:   XXXXXXXXXXXX2460
Card Issuer:  Visa
Card Member:  MANDIK/JASON A
Exp Date:     REDACTED
Auth Number:  048045
Ref Number:   95


Signature X_____
   I Agree to Pay Above Amount According
           to Card Issuer Agreement


Server Name:    Jorge
Table Number: 91
Order #: 13
Number of Guests: 1
Order Started:     11:43 AM

          Thanks, Please Come Again
          visit us @ allstarbarandgrill.com
          e-mail us @ sportsbarchicago@aol.com
          Thursday, December 20, 2007   12:35 PM


                  Customer Copy
```