**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 23, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| JASON MANDIK, et al. v. ALLSTAR SPORTS BAR AND GRILL | |

**08 C 499**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF JASON MANDIK

**JUDGE ZAGEL**
**MAGISTRATE JUDGE SCHENKIER**

| NAME (Type or print) |
|---|
| ALEX HAGELI |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Alex Hageli |
| FIRM |
| LAW OFFICE OF ALEX M. HAGELI |
| STREET ADDRESS |
| 435 S CLEVELAND AVENUE, SUITE 306 |
| CITY/STATE/ZIP |
| ARLINGTON HEIGHTS, IL  60005 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6272337 | 847-392-4832 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |