# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JASON MANDIK, )<br>on behalf of himself and all others )<br>similarly situated, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　**Plaintiff,**　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　vs.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>ALLSTAR SPORTS BAR　　　　　　)<br>AND GRILL,　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　**Defendant.**　　　　　　　)  | Case No.  08 C 499<br><br>Judge:  Zagel<br><br>Magistrate Judge:  Schenkier |

## NOTICE OF FILING

To:   Alex Hageli
　　　LAW OFFICE OF ALEX M. HAGELI
　　　435 South Cleveland Avenue, Suite 306
　　　Arlington Heights, IL 60005

　　　PLEASE TAKE NOTICE that on 2nd day of June, 2008, I James X. Bormes, an attorney, caused to be filed with the Clerk for the United States District Court for the Northern District of Illinois, Notice of Defendant's Answer to Plaintiff's Class Action Complaint.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　By: /s/ James X. Bormes
　　　　　　　　　　　　　　　　　　　　　　　　Defendant's attorneys

James X. Bormes
LAW OFFICE OF JAMES X. BORMES, P. C.
Suite 2600
Chicago, IL 60603
312-201-0575

      The undersigned, an attorney of record, hereby certifies that on <u>Monday</u>, the 2nd day of <u>June 2008,</u> on or before the hour of <u>5:00 p.m.,</u> he electronically filed the foregoing document (Defendant's Answer to Plaintiff's Class Action Complaint) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Alex Hageli**
**LAW OFFICE OF ALEX M. HAGELI**
**435 South Cleveland Avenue, Suite 306**
**Arlington Heights, IL 60005**

                                                      <u>/s/ James X. Bormes</u>