IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASON MANDIK, | ) |
| on behalf of himself and all others similarly situated, | ) ) ) |
| | ) Case No. 08 C 499 |
| Plaintiff, | ) Judge Zagel |
| vs. | ) Magistrate Judge Schenkier |
| ALLSTAR SPORTS BAR AND GRILL, | ) ) ) |
| Defendant. | ) ) |

## JOINT NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Jason Mandik, by and through his attorney Alex Hageli of the LAW OFFICE OF ALEX M. HAGELI, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, voluntarily dismisses this case as to his individual claims with prejudice and without an award of costs or attorneys' fees to either party.

Respectfully submitted,              Respectfully submitted,

s/ James X. Bormes                    s/ Alex Hageli
James X. Bormes                       Alex Hageli
Law Office of James X. Bormes        LAW OFFICE OF ALEX M. HAGELI
8 S. Michigan Ave.                    435 South Cleveland Avenue, Suite 306
Suite 2600                            Arlington Heights, IL  60005
Chicago, IL 60603                     (847) 392-4832
312-201-0575                          alex@hageli.com

**ATTORNEY FOR DEFENDANT**           **ATTORNEY FOR PLAINTIFF**

DATED: August 1, 2008

2

**CERTIFICATE OF SERVICE**

I hereby certify, on this 1st day of August, 2008, I caused the foregoing **Notice of Voluntary Dismissal** to be filed electronically and served same, by electronic service, upon the following counsel of record:

James X. Bormes
Law Office of James X. Bormes, P.C.
8 South Michigan Avenue, Suite 2600
Chicago, IL  60603


    s/ Alex Hageli